# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

WARREN BRYANT, II                                   CIVIL ACTION NO. 06-1841-P

VERSUS                                              JUDGE S. MAURICE HICKS, JR.

WARDEN CORNEL H. HUBERT                             MAGISTRATE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE**, sua sponte, because it is time-barred by the one-year limitation period imposed by the AEDPA.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of April, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE