**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| WARREN BRYANT II | CIVIL ACTION NO. 06-1841 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN ELAYN HUNT CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

**CERTIFICATE OF APPEALABILITY**

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓     The certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 24th day of April, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE